UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-Cr-Marra/Hopkins(s)

UNITED STATES OF AMERICA,
            Plaintiff,

vs.

JACOBO DRESZER, M. D.,

            Defendant.
_____/

FILED by _____ D.C.

OCT 12 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CHANGE OF PLEA MINUTES

On  October 12, 2011  the above named defendant appeared in person before the Honorable James M. Hopkins, United States Magistrate Judge, with Sebastian Cotrone, counsel retained, and said defendant, stated in open court that he desired to withdraw the plea of Not Guilty heretofore entered and desired to enter a plea of Guilty as to Count(s) 5, of the Superseding Indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged. Whereupon:

( )   The Court proceeded to pronounce sentence. (See J&C)

( x ) The Court postponed sentencing until :

   **_1/13/12 @ 10:30am before the Honorable United States District Court Judge Kenneth A. Marra_**

( x ) The defendant being allowed to remain on bond until sentencing.

( )   The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.

( )   The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge: USMJ James M. Hopkins
Court Reporter: Boss Reporting
Spanish Interpreter : _____
AUSA: Strider Dickson
Courtroom Deputy: Tanya McClendon