UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA,

            Plaintiff,

v.

JACOBO DRESZER,

            Defendant.

_____/



## STIPULATED STATEMENT OF FACTS

    The United States of America and JACOBO DRESZER enter into the following stipulated statement of facts in support of the defendant's plea of guilty:

    Had this case proceeded to trial, the government would have proven that the defendant participated in a scheme and artifice to defraud by means of wire communications and/or the United States Mail, in violation of Title 18, United States Code, Section 1343 and 1341.

    The government would have established that the defendant, a physician licensed to practice medicine in Florida, was employed and/or associated with an alleged pain management clinic, American Pain. Testimony provided by coconspirators, Court authorized wire interceptions, and documentary evidence would establish the following:

    That the defendant participated in the operation of a facility used to illegally distribute oxycodone. Such facility was known as a "pill mill." Individuals seeking controlled substances would travel from outside the State of Florida and elsewhere and visit with the defendant and

coconspirator physicians at American Pain. Such individuals would obtain a magnetic resonance imaging report and have a urinalysis conducted in order to create the appearance of a legitimate medical practice. The defendant and coconspirator physicians would prescribe large quantities of oxycodone 30 mg pills along with other controlled substances without a legitimate medical necessity and outside the usual and customary standard of care.

In order to insure the continued supply of controlled substances by pharmaceutical suppliers to American Pain clinic, the defendant and coconspirators made material misrepresentations in a questionnaire required by the pharmaceutical supplier. The government would establish that under federal law a pharmaceutical supplier has an obligation to obtain information from prescribing doctors in order to determine whether the customer transactions are suspicious in nature and being dispensed for unlawful purposes.

The Court authorized wire interceptions would establish that coconspirators discussed including materially false information on the pharmaceutical supplier questionnaire concerning the percentage of patients who are dispensed controlled substances and the percentage of the customer base which was from out of state.

2

The government would prove that the questionnaire was sent via wire transmission in interstate commerce and/or the United States Mail and was intended to defraud the pharmaceutical supplier so that the supply of oxycodone pills would continue.

The above-described activity was conducted in the Southern District of Florida.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 10/12/11

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

Date: 10/12/11

LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY

Date: 10/12/11

STRIDER DICKSON
ASSISTANT UNITED STATES ATTORNEY

Date: 10/12/11

SEBASTIAN COTRONE
ATTORNEY FOR DEFENDANT

Date: 10.14.11

JACOBO DRESZER
DEFENDANT

3