UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA

v.

JACOBO DRESZER, M.D.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the charges set forth against the above named defendant. The government is in possession of a death certificate reflecting that the defendant died on December 19, 2011 in Miami-Dade County, Florida.

                                                  Respectfully submitted,

                                                  WIFREDO A. FERRER
                                                  UNITED STATES ATTORNEY

cc:    U.S. Attorney (Lawrence D. LaVecchio, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 5/11/12

                                                  KENNETH A. MARRA
                                                  UNITED STATES DISTRICT JUDGE